IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3028 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 9). The Court notes plaintiff's counsel has no objection thereto. For good cause shown,

IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until September 12, 2008, to respond to plaintiff's brief.

DATED this 12th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court