IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LEE CASEY,                       )
                                 )
            Plaintiff,           )      4:08CV3028
                                 )
       v.                        )
                                 )
MICHAEL J. ASTRUE,               )      ORDER
Commissioner of the Social       )
Security Administration,         )
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on defendant's second motion for extension of time to respond to plaintiff's brief (Filing No. 11). For good cause shown,

IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until October 14, 2008, to respond to plaintiff's brief.

DATED this 19th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court